IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**WHITNEY EZENWA, Individually and on Behalf of All Others Similarly Situated**  **PLAINTIFF**

vs.  No. 4:24-cv-2650

**SILVER RAIN, LLC, d/b/a AREA 29 HOUSTON**  **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a tipped Dancer for Silver Rain, LLC, d/b/a Area 29 Houston within the past three (3) years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
**WHITNEY EZENWA**
July 16, 2024

**Sean Short, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**sean@sanfordlawfirm.com**