AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Southern District of Texas

| | |
|---|---|
| WHITNEY EZENWA Individually and on Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br><br>SILVER RAIN, LLC, d/b/a AREA 29 HOUSTON<br><br>*Defendant(s)* | Civil Action No. 4:24-cv-2650 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SILVER RAIN, LLC, d/b/a AREA 29 HOUSTON
c/o Albert T. Van Huff
1225 North Loop West, Suite 640
Houston, Texas 77008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
sean@sanfordlawfirm.com; 501-221-0088

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: July 18, 2024

*s/ M. LaBee*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    4:24-cv-02650

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Silver Rain LLC d/b/a AREA 29 Houston c/o Albert T. Van Huff**
was recieved by me on  **7/18/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Albert T. Van Huff**, who is designated by law to accept service of process on behalf of **Silver Rain LLC d/b/a AREA 29 Houston c/o Albert T. Van Huff** at **1225 North Loop W Ste 640, Houston, TX 77008** on **07/22/2024 at 3:15 PM**; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 86.39** for services, for a total of **$ 86.39**.

I declare under penalty of perjury that this information is true.

Date:  07/22/2024

*Server's signature*

**Eric M Jimenez**
*Printed name and title*

**319 Aurora St**
**Houston, TX 77008**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Albert T. Van Huff, REGISTERED AGENT with identity confirmed by subject nodding when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 200-240 lbs.**



Tracking #: **0138434827**
