IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**WHITNEY EZENWA, Individually and on**                                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**


vs.                                        No. 4:24-cv-2650


**SILVER RAIN, LLC, d/b/a**                                    **DEFENDANTS**
**AREA 29 HOUSTON**


## <u>PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES</u>

Whitney Ezenwa, individually and on behalf of all others similarly situated, by and through her attorney Sean Short of Sanford Law Firm, PLLC, for her Certificate of Interested Parties, states and alleges as follows:

The following persons are financially interested in the outcome of this litigation:

1. Sanford Law Firm, PLLC, Counsel for Plaintiff

    a. Attorney: Sean Short

2. Whitney Ezenwa, Plaintiff

3. All others similarly situated to Plaintiff

Page 1 of 2
**Whitney Ezenwa, et al. v. Silver Rain, LLC, d/b/a Area 29 Houston**
**U.S.D.C. (S.D. Tex.) No. 4:24-cv-2650**
**Plaintiff's Certificate of Interested Parties**

Respectfully submitted,

**WHITNEY EZENWA, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

 */s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

**Page 2 of 2
Whitney Ezenwa, et al. v. Silver Rain, LLC, d/b/a Area 29 Houston
U.S.D.C. (S.D. Tex.) No. 4:24-cv-2650
Plaintiff's Certificate of Interested Parties**