IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WHITNEY EZENWA Individually and on Behalf of All Others Similarly Situated<br><br>    Plaintiff<br><br>V.<br><br>SILVER RAIN, LLC d/b/a AREA 29 HOUSTON<br><br>    Defendant. | §§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:24-CV-2650 |

## DEFENDANT SILVER RAIN, LLC D/B/A
## AREA 29'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Silver Rain, LLC d/b/a Area 29 provides this Certificate of Interested Parties. Upon information and belief, the following is a list of all persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation.

1. Defendant Silver Rain, LLC d/b/a Area 29.

2. All persons and legal entities listed in the Certificate of Interested Parties filed by Plaintiff.

Dated: August 12th, 2024          Respectfully submitted,

                                  MONSHAUGEN & VAN HUFF, P.C.

                                  /s/ Albert T. Van Huff

        ALBERT T. VAN HUFF
        S.D. Texas No. 26968
        Texas Bar No. 24028183
        ISABELLE D. VARLAN
        S.D. Texas No. 3686227
        Texas Bar No. 24107235
        MARISSA EYMARD
        S.D. Texas No. 3878514
        Texas Bar No. 24137360
        1225 North Loop West, Suite 640
        Houston, Texas  77008
        Tel. (713) 880-2992
        Fax (713) 880-5297
        al@vanhuff.com
        ivarlan@vanhuff.com
        meymard@vanhuff.com

        ATTORNEYS FOR DEFENDANT
        SILVER RAIN, LLC D/B/A AREA 29

## **CERTIFICATE OF SERVICE**

     This is to certify that a true and correct copy of the foregoing document has been filed with the Court on this the 12th day of August, 2024, using the ECF system, and the Clerk of the Court has electronically served notice upon all parties registered to receive electronic notice of this case as follows:

Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
email: sean@sanfordlawfirm.com

Attorney for Plaintiff

        /s/ Albert T. Van Huff
        Albert T. Van Huff