IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**WHITNEY EZENWA, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:24-cv-2650

**SILVER RAIN, LLC, d/b/a**     **DEFENDANT**
**AREA 29 HOUSTON**

## REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM FOR DECLARATORY JUDGMENT

Defendant's response wholly fails to demonstrate why its Counterclaim should withstand Plaintiff's Motion to Dismiss. Defendant has come into this Court and asked for relief they cannot have based on the authority Plaintiff cited in her Motion to Dismiss. Defendant's Counterclaim does not provide any remedy or relief to Defendant that is not also available in the underlying claims brought by Plaintiff.

Defendant's argument that the Court should decline to rule on Plaintiff's Motion to Dismiss and instead compel her to arbitration is also without merit. Defendant's arbitration agreement does not bind them and is not an enforceable contact. Plaintiff will more fully address her arguments in opposition to Defendant's Motion to Compel Arbitration in a separate forthcoming response.

WHEREFORE, premises considered, Plaintiff Whitney Ezenwa respectfully prays that the Court deny and dismiss the Counterclaim of Defendant; for attorneys' fees, costs, and for such other and further relief as this Court deems necessary, just and proper.

Page 1 of 2
Whitney Ezenwa, et al. v. Silver Rain, LLC, d/b/a Area 29 Houston
U.S.D.C. (S.D. Tex.) No. 4:24-cv-2650
Reply in Support of Plaintiff's Motion to Dismiss
Counterclaim for Declaratory Judgment

Respectfully submitted,

**WHITNEY EZENWA, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on this the date imprinted by the CM/ECF system, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to the following attorney(s) of record:

Albert T. Van Huff, Esq.
Isabelle D. Varlan, Esq.
Marissa Eymard, Esq.
MONSHAUGEN & VAN HUFF, P.C.
1225 North Loop West, Suite 640
Houston, Texas 77008
al@vanhuff.com
ivarlan@vanhuff.com
meymard@vanhuff.com

/s/ Sean Short
**Sean Short**

Page 2 of 2
Whitney Ezenwa, et al. v. Silver Rain, LLC, d/b/a Area 29 Houston
U.S.D.C. (S.D. Tex.) No. 4:24-cv-2650
Reply in Support of Plaintiff's Motion to Dismiss
Counterclaim for Declaratory Judgment