# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **WHITNEY EZENWA**, Individually and on Behalf of All Others Similarly Situated<br>    Plaintiff,<br><br>v.<br><br>**SILVER RAIN, LLC d/b/a AREA 29 HOUSTON**<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:24-cv-2650<br><br><br><br>JUDGE ALFRED H. BENNETT |

## PROPOSED
## SCHEDULING ORDER

1. 3/3/2025          **AMENDMENTS TO PLEADINGS AND ADDTION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this Scheduling order to new parties.

2a. 8/4/2025          **EXPERTS**
   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rules of Civil Procedure 26(A)(A).

2b. 9/3/2025          Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rules of Civil Procedure 26(A)(A).

3. 11/3/2025          **DISCOVERY**
   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-discovery deadline.

4. <u>12/3/2025</u> **MOTIONS DEADLINE**
Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may <u>not</u> be changed by agreement.

**JOINT PRETRIAL ORDER**

5a. <u>To be determined by the Court</u> THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. <u>To be determined by the Court</u> THE PLAINTIFF is responsible filing the pretrial order on this date. All Motions in Limine must also be filed by this date

6. <u>To be determined by the Court</u> **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A.

7. <u>To be determined by the Court</u> **TRIAL** is set at 9:00 a.m. in Courtroom 9A.
Case is subject to being called to trial on short notice during the two week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

Signed on _____, at Houston, Texas.

_____
Hon. Alfred H. Bennett
United States District Judge