United States District Court
Southern District of Texas
**ENTERED**
October 03, 2024
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE RICHARD W. BENNETT, PRESIDING
DATE: October 3, 2024
COURT REPORTER: ERO
MORNING: 10:00-10:03AM        AFTERNOON: _____
*************************************************************************

CIVIL NO. 4:24cv2650

| Whitney Ezenwa, | Sean Short |
|---|---|
| Plaintiff | |
| Silver Rain, LLC | Isabelle Varlaw |
| Defendant | |

*************************************************************************

MINUTE ENTRY ORDER:

The Court conducted the Initial Conference and entered a Scheduling Order.

Signed this 3rd day of October, 2024.

_____
Richard W. Bennett
United States Magistrate Judge