United States District Court
Southern District of Texas
**ENTERED**
October 03, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **WHITNEY EZENWA, Individually and on Behalf of All Others Similarly Situated**<br>    Plaintiff, | §<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.**<br>**4:24-cv-2650** |
| v. | §<br>§ | **JUDGE ALFRED H. BENNETT** |
| **SILVER RAIN, LLC d/b/a AREA 29 HOUSTON**<br>    Defendant. | §<br>§<br>§<br>§ | |

## PROPOSED
## SCHEDULING ORDER

1.  <u>3/3/2025</u>  **AMENDMENTS TO PLEADINGS AND ADDTION OF NEW PARTIES**
    Party requesting joinder will furnish a copy of this Scheduling order to new parties.

2a. <u>8/4/2025</u>  **EXPERTS**
    Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rules of Civil Procedure 26(A)(A).

2b. <u>9/3/2025</u>  Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rules of Civil Procedure 26(A)(A).

3.  <u>11/3/2025</u>  **DISCOVERY**
    Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-discovery deadline.

4. 12/3/2025        **MOTIONS DEADLINE**
Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may <u>not</u> be changed by agreement.

**JOINT PRETRIAL ORDER**

5a. 03/06/2026      THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. 03/20/2026      THE PLAINTIFF is responsible filing the pretrial order on this date. All Motions in Limine must also be filed by this date

6. 04/03/2026       **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A.

7. 04/06/2026       **TRIAL** is set at 9:00 a.m. in Courtroom 9A.
Case is subject to being called to trial on short notice during the two week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

Signed on October 3, 2024, at Houston, Texas.

_____
United States Magistrate Judge
Richard W. Bennett