IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**WHITNEY EZENWA, Individually and on**                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**


vs.                                    No. 4:24-cv-2650


**SILVER RAIN, LLC, d/b/a**                              **DEFENDANT**
**AREA 29 HOUSTON**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>


     I was employed as a tipped Dancer for Silver Rain, LLC, d/b/a Area 29 Houston within the past three (3) years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Antonae Prevost*
_____
**Antonae Prevost**
January 1, 2025


**Sean Short, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**sean@sanfordlawfirm.com**