**From:** Case Filing CaseFiling@adr.org
**Subject:** RE: Demands for Arbitration against Silver Rain, LLC d/b/a Area 29 Houston
**Date:** June 20, 2025 at 5:49 PM
**To:** Sean Short sean@sanfordlawfirm.com
**Cc:** al@vanhuff.com, ivarlan@vanhuff.com, meymard@vanhuff.com, Tracy Freeman tracy@sanfordlawfirm.com, Case Filing CaseFiling@adr.org

Hello,

The filings have been assigned to
01-25-0002-9814 Okraku
01-25-0002-9813 McIntosh
01-25-0002-9812 Prevost
01-25-0002-9811 Ezenwa
01-25-0002-9810 Perry
01-25-0002-9809 Ayinbode

Thank you,
Falon



**Case Filing**
American Arbitration Association
**T:** 877-495-4185
**F:** 877-304-8457
adr.org | icdr.org | aaaicdrfoundation.org
Explore the new ADR.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Sean Short <sean@sanfordlawfirm.com>
**Sent:** Wednesday, June 18, 2025 6:18 PM
**To:** Case Filing <CaseFiling@adr.org>
**Cc:** al@vanhuff.com; ivarlan@vanhuff.com; meymard@vanhuff.com; Tracy Freeman <tracy@sanfordlawfirm.com>
**Subject:** Demands for Arbitration against Silver Rain, LLC d/b/a Area 29 Houston

*** External E-Mail – Use Caution ***

Dear AAA,

Attached please find six separate Demands for Arbitration, along with an exemplar arbitration agreement, against Silver Rain, LLC d/b/a Area 29 Houston. The six claimants are Blessing Ayinbode, Whitney Ezenwa, Fatinah McIntosh, Aforo Okraku, Anessa Perry, and Antonae Prevost.

Please send the filing fee payment link to tracy@sanfordlawfirm.com.

Respondent's counsel has been copied on this email.

Thank you.

Sean Short
Attorney at Law
Sanford Law Firm
501-904-1650 (Direct)
sean@sanfordlawfirm.com
www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211





NOTICE:  This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq, and is intended to remain confidential.  The communication is subject to any applicable attorney-client and/or work-product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the information contained in this communication or any attachments. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.