**From:** Employment Filing Team EmploymentFiling@adr.org
**Subject:** RE: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809
**Date:** September 11, 2025 at 12:45 PM
**To:** Employment Filing Team EmploymentFiling@adr.org, Erick Bird tollway713@gmail.com
**Cc:** Tracy Freeman tracy@sanfordlawfirm.com, Sean Short sean@sanfordlawfirm.com

Hello Mr. Bird,

Please provide your direct contact information so that we can add you onto this case matter.

Thank you,
*Kris Patel*
On behalf of the AAA Employment Filing Team



**Employment Filing Team**
American Arbitration Association
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
**T:** 856 679 4610  **E:** EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore the new ADR.org**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Albert T. Van Huff <al@vanhuff.com>
**Sent:** Thursday, September 11, 2025 1:21 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>; Sean Short <sean@sanfordlawfirm.com>
**Cc:** Tracy Freeman <tracy@sanfordlawfirm.com>; Isabelle Varlan <ivarlan@vanhuff.com>; Erick Bird <tollway713@gmail.com>
**Subject:** RE: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809

*** External E-Mail – Use Caution ***

He is cc'd on the email.


Albert T. Van Huff
MONSHAUGEN & VAN HUFF, P.C.
1225 North Loop West, Suite 640
Houston, Texas 77008
Telephone: (713) 880-2992
Telecopier: (713) 880-5297

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, please be advised that to the extent this communication (or in any attachment) contains any U.S. tax advice, it is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

This e-mail and/or attachment is for the sole use of the intended recipient(s) and may contain confidential and/or legally privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Employment Filing Team <EmploymentFiling@adr.org>
**Sent:** Thursday, September 11, 2025 11:58 AM
**To:** Albert T. Van Huff <al@vanhuff.com>; Employment Filing Team <EmploymentFiling@adr.org>; Sean Short <sean@sanfordlawfirm.com>
**Cc:** Tracy Freeman <tracy@sanfordlawfirm.com>; Isabelle Varlan <ivarlan@vanhuff.com>; Erick Bird <tollway713@gmail.com>
**Subject:** RE: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809

Hello,

Can you please provide the direct contact information for the Respondent so that we can reach out to them directly.

Thank you

Thank you,
*Kris Patel*
On behalf of the AAA Employment Filing Team



**Employment Filing Team**

American Arbitration Association
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
**T :** 856 679 4610 **E:** EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore the new ADR.org**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Albert T. Van Huff <al@vanhuff.com>
**Sent:** Thursday, September 11, 2025 12:38 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>; Sean Short <sean@sanfordlawfirm.com>
**Cc:** Tracy Freeman <tracy@sanfordlawfirm.com>; Isabelle Varlan <ivarlan@vanhuff.com>; Erick Bird <tollway713@gmail.com>
**Subject:** RE: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809

**\*\*\* External E-Mail – Use Caution \*\*\***

Hi everyone,

I no longer represent the defendant in this case. I have cc'd Erick Bird on this email, who you may email directly. I am not sure if he is aware of the arbitration fee issue.

Al



Albert T. Van Huff
MONSHAUGEN & VAN HUFF, P.C.
1225 North Loop West, Suite 640
Houston, Texas 77008
Telephone: (713) 880-2992
Telecopier: (713) 880-5297

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, please be advised that to the extent this communication (or in any attachment) contains any U.S. tax advice, it is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

This e-mail and/or attachment is for the sole use of the intended recipient(s) and may contain confidential and/or legally privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Employment Filing Team <EmploymentFiling@adr.org>
**Sent:** Thursday, September 11, 2025 8:29 AM
**To:** Sean Short <sean@sanfordlawfirm.com>; Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** Albert T. Van Huff <al@vanhuff.com>; Tracy Freeman <tracy@sanfordlawfirm.com>; Isabelle Varlan <ivarlan@vanhuff.com>
**Subject:** RE: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809

Good morning,

To date, we have not received the Respondent's share of the filing fee.
Without the Respondent's filing fee, we are unable to process these cases forward at this time.

Thank you,
*Kris Patel*
On behalf of the AAA Employment Filing Team



**Employment Filing Team**

American Arbitration Association
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
**T :** 856 679 4610 **E:** EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore the new ADR.org**



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Sean Short <sean@sanfordlawfirm.com>
**Sent:** Wednesday, September 10, 2025 1:23 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** al@vanhuff.com; Tracy Freeman <tracy@sanfordlawfirm.com>; ivarlan@vanhuff.com
**Subject:** Re: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809

*** External E-Mail – Use Caution ***

Can the AAA please provide an update on the status of these matters?


Sean Short
Attorney at Law
Sanford Law Firm
501-904-1650 (Direct)
sean@sanfordlawfirm.com
www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211



NOTICE:  This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq, and is intended to remain confidential.  The communication is subject to any applicable attorney-client and/or work-product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the information contained in this communication or any attachments. Unless expressly stated otherwise, nothing contained in this
message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

> On Sep 10, 2025, at 12:21 PM, Sean Short <sean@sanfordlawfirm.com> wrote:
>
>
> On Thu, Jul 17, 2025 at 9:00 AM <Employmentfiling@adr.org> wrote:
>> Hello,
>>
>> Please review the attached correspondence regarding the above-referenced case.
>>
>> Feel free to contact me with any questions, comments or concerns you have related to this matter.
>>
>> Thank you.