**From:** Sean Short sean@sanfordlawfirm.com 📎
**Subject:** Fwd: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809
**Date:** November 17, 2025 at 3:45 PM
**To:** Rebecca Matlock rebecca@sanfordlawfirm.com

---------- Forwarded message ----------
From: **Sean Short** <sean@sanfordlawfirm.com>
Date: Tue, Nov 11, 2025 at 5:20 PM
Subject: Re: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809
To: Employment Filing Team <EmploymentFiling@adr.org>
Cc: Shakeatha Davis <sdavis@sdavislawgroup.com>, Erick B. Roberts <tollway713@gmail.com>, tracy@sanfordlawfirm.com <tracy@sanfordlawfirm.com>

Attached please find an additional demand for arbitration against Silver Rain, LLC, d/b/a Area 29 Houston, on behalf of Claimant Andraya Alexander. For administrative purposes, this demand can be grouped in with the six demands that are currently pending. Thank you.

Sean Short
Attorney at Law
Sanford Law Firm
501-904-1650 (Direct)
sean@sanfordlawfirm.com
www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

NOTICE: This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq, and is intended to remain confidential. The communication is subject to any applicable attorney-client and/or work-product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments. Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the information contained in this communication or any attachments. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

> On Nov 5, 2025, at 12:04 PM, Employment Filing Team <EmploymentFiling@adr.org> wrote:
>
> Hello,
>
> Please note, to date we have not received any payment from the respondent. Nor have we heard back from the respondent's attorney about any payment forthcoming or if it was already sent.
>
> Thank you,
> Kris P.
> On behalf of the AAA Employment Filing Team
>
> *Please note during the week of November 24 (Thanksgiving Week 2025), the AAA will operate with a reduced staff as we look to provide time for the AAA team to disconnect and recharge. To ensure continuity of service, a dedicated team will be available to provide emergency, deadline-driven services as needed. Thank you, and we wish you a joyful Thanksgiving Holiday among friends and family.*
>
> **Employment Filing Team**
> American Arbitration Association
> 120 Broadway, Floor 21 – Intake, New York, NY 10271
> **T:** 856 679 4610 **E:** EmploymentFiling@adr.org
> adr.org | icdr.org | aaaicdrfoundation.org
> Learn about the AI arbitrator
>
> The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.
>
> **From:** Sean Short <sean@sanfordlawfirm.com>
> **Sent:** Wednesday, November 5, 2025 12:50 PM
> **To:** Employment Filing Team <EmploymentFiling@adr.org>
> **Cc:** Shakeatha Davis <sdavis@sdavislawgroup.com>; Erick B. Roberts <tollway713@gmail.com>; tracy@sanfordlawfirm.com
> **Subject:** Re: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809
>
> *** External E-Mail – Use Caution ***
>
> Kris,
>
> It has now been approximately one month since the filing demands were provided to Respondent's counsel. I wanted to follow up to confirm whether the Respondent has paid the required arbitration fees, or if there is a deadline by which payment must be made.
>
> If the Respondent has not submitted payment or if payment is not made promptly, Claimants intend to bring this matter to the District Court's attention, as it was the Respondent who requested that these cases be compelled to arbitration.
>
> Please let me know if you need any additional information from us.
>
> Sean Short
> Attorney at Law
> Sanford Law Firm

501-904-1650 (Direct)
sean@sanfordlawfirm.com
www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

<image001.png>

NOTICE:  This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq, and is intended to remain confidential.  The communication is subject to any applicable attorney-client and/or work-product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the information contained in this communication or any attachments. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

> On Sep 29, 2025, at 1:46 PM, Sean Short <sean@sanfordlawfirm.com> wrote:
>
> Ms. Davis,
>
> Attached please find six separate Demands for Arbitration, along with an exemplar arbitration agreement, against Silver Rain, LLC d/b/a Area 29 Houston. The six claimants are Blessing Ayinbode, Whitney Ezenwa, Fatinah McIntosh, Aforo Okraku, Anessa Perry, and Antonae Prevost.
>
> These demands were submitted to the AAA and Respondent's previous counsel on June 18, 2025.
>
> <Demand for Arbitration - Ayinbode.pdf>
> <Demand for Arbitration - Ezenwa.pdf>
> <Demand for Arbitration - McIntosh.pdf>
> <Demand for Arbitration - Okraku.pdf>
> <Demand for Arbitration - Perry.pdf>
> <Demand for Arbitration - Prevost.pdf>
> <Arbitration Agreement.pdf>
>
> Sean Short
> Attorney at Law
> Sanford Law Firm
> 501-904-1650 (Direct)
> sean@sanfordlawfirm.com
> www.sanfordlawfirm.com
> 10800 Financial Centre Parkway, Suite 510
> Little Rock, AR 72211
>
> <attachment.png>
>
> NOTICE:  This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq, and is intended to remain confidential.  The communication is subject to any applicable attorney-client and/or work-product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the information contained in this communication or any attachments. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.
>
>> On Sep 29, 2025, at 1:12 PM, Employment Filing Team <EmploymentFiling@adr.org> wrote:
>>
>> Good afternoon,
>>
>> We'd kindly request the filing party to send the respondent the filing documents as it is the responsibility of the filing party to make sure all parties are served with documents filed with the AAA.
>>
>> Thank you,
>> Kris P.
>> On behalf of the AAA Employment Filing Team
>>
>> **Employment Filing Team**
>>
>> American Arbitration Association
>> 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
>> T: 856 679 4610  E: EmploymentFiling@adr.org
>> adr.org | icdr.org | aaaicdrfoundation.org
>> **Explore the new ADR.org**
>>
>> The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.
>>
>> **From:** Shakeatha Davis <sdavis@sdavislawgroup.com>
>> **Sent:** Monday, September 29, 2025 12:27 PM

**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** Erick B. Roberts <tollway713@gmail.com>; Sean Short <sean@sanfordlawfirm.com>; tracy@sanfordlawfirm.com
**Subject:** Re: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809

*** External E-Mail – Use Caution ***

Greetings,

Thank you for your confirmation. Please note that I was not counsel of record in the referenced matter during the period in question. Accordingly, our firm is requesting the relevant information for our files. We appreciate your cooperation in providing the same.

Sincerely,
Shakeatha Davis

On Mon, Sep 15, 2025 at 8:13 AM Employment Filing Team <EmploymentFiling@adr.org> wrote:

> Good morning,
>
> Please be advised per our original letter dated July 2, 2025, the filing fee for all 6 cases is $12,600 ($2,100 per case).
> The letter has been attached along with our filing fee schedule, W9 and ACH wire information.
>
> Additional information can be found on our website:
> https://www.adr.org/rules-forms-and-fees/employment/
>
> Also, please be sure to cc opposing counsel on all communication to the AAA in the future.
>
> Thank you,
> *Kris Patel*
> On behalf of the AAA Employment Filing Team
>
> **Employment Filing Team**
> American Arbitration Association
> 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
> **T:** 856 679 4610 **E:** EmploymentFiling@adr.org
> adr.org | icdr.org | aaaicdrfoundation.org
> Explore the new ADR.org
>
> The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.
>
> **From:** Shakeatha Davis <sdavis@sdavislawgroup.com>
> **Sent:** Monday, September 15, 2025 9:00 AM
> **To:** Employment Filing Team <EmploymentFiling@adr.org>
> **Cc:** Erick B. Roberts <tollway713@gmail.com>
> **Subject:** RE: Blessing Ayinbode v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0002-9809
>
> *** External E-Mail – Use Caution ***
>
> Greetings,
>
> Thank you for your message regarding clarification of the fees required to proceed with this arbitration.
>
> To ensure accuracy and prompt payment, please provide:
>
> - The specific fees at issue (e.g., filing, case management/administrative, arbitrator compensation/retainer, hearing room costs).
> - The current **fee schedule** and the **governing arbitration rules** applicable to this case.
> - Any invoice numbers, case/reference number, payee name, remittance instructions (portal or mailing address), accepted payment methods, and deadline(s).
>
> Upon receipt, we will review and arrange payment of the required fees to avoid delay.
>
> For clarity, my representation in this matter is limited to the **defendant** only in this matter.
>
> Sincerely,
>
> **Proverbs 16:3 (NIV)**
>
> *"Commit to the Lord whatever you do, and he will establish your plans."*
>
> **Shakeatha Davis**   Principal Attorney, The S. Davis Law Group
>
> 
>
> **Phone:** (832) 819-LAW4 (5294)
> **Direct:** 832 - 819 - 5264
> **Fax:** +1 832-558-5389
> **Email:** shae.davis@sdavislawgroup.com
> **Website:** www.thesdavislawgroup.com
> **Address:** 2500 E TC Jester Suite 101 Houston, TX 77008

**Empowering Entrepreneurs. Protecting Visionaries. Elevating Brands**.

💼 Specializing in business law, trademark protection, and real estate law for over 12 years.

Demand for Arbitration - Alexander.pdf

Arbitration Agreement.pdf

