| | |
|---|---|
| **From:** | **Sean Short** sean@sanfordlawfirm.com |
| **Subject:** | Re: Andraya Alexander v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0009-1040 |
| **Date:** | December 1, 2025 at 9:54 AM |
| **To:** | Krishna Patel  PatelK@adr.org |
| **Cc:** | tracy@sanfordlawfirm.com |

Hi Krishna,

Their email is: tollway713@gmail.com

Their address is: 9301 Bissonnet Street, Suite 150, Houston, Texas 77074

Their registered agent is Albert T. Van Huff, 1225 North Loop West, Suite 640, Houston, Texas 77008. Email: al@vanhuff.com

Also, can you let me know if the Respondent has paid the filing fee for the Blessing Ayinbode v. Silver Rain, LLC matter, Case 01-25-0002-9809? That is the matter Ms. Davis says she has been engaged to represent Silver Rain in? If not, can the AAA send Ms. Davis a request for employer's fees for that case only?

Sean Short
Attorney at Law
Sanford Law Firm
501-904-1650 (Direct)
sean@sanfordlawfirm.com
www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211



NOTICE:  This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq, and is intended to remain confidential.  The communication is subject to any applicable attorney-client and/or work-product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the information contained in this communication or any attachments. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

> On Dec 1, 2025, at 8:57 AM, Krishna Patel <PatelK@adr.org> wrote:
>
> Hello,
>
> Can you please provide the direct contact information for Silver Rain, LLC as Ms. Davis has indicated she is not representing them in this matter.
>
> Thank you,
> Kris P.
> On behalf of the AAA Employment Filing Team
>
> *Please note during the week of November 24 (Thanksgiving Week 2025), the AAA will operate with a reduced staff as we look to provide time for the AAA team to disconnect and recharge. To ensure continuity of service, a dedicated team will be available to provide emergency, deadline-driven services as needed. Thank you, and we wish you a joyful Thanksgiving Holiday among friends and family.*
>
> **Krishna Patel**
> Case Filing Specialist
>
> American Arbitration Association
> International Centre for Dispute Resolution
> 120 Broadway, Floor 21 – Intake, New York, NY 10271
> **T:** 856 942 0047 **E:** PatelK@adr.org
> adr.org | icdr.org | aaaicdrfoundation.org
> Learn about the AI arbitrator
>
> The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.
>
> **From:** Shakeatha Davis <sdavis@sdavislawgroup.com>
> **Sent:** Monday, December 1, 2025 8:59 AM
> **To:** Krishna Patel <PatelK@adr.org>
> **Cc:** tracy@sanfordlawfirm.com; Sean@sanfordlawfirm.com
> **Subject:** Re: Andraya Alexander v. Silver Rain, LLC dba Area 29 Houston - Case 01-25-0009-1040
>
> *** External E-Mail – Use Caution ***
>
> Caution

Greetings,

Please be advised that, as indicated in prior correspondence, our firm was retained to represent the Defendant in **one** arbitration matter only. I will resend that engagement confirmation for your review and records. We will forward the correspondence to the Defendant.

Any inquiries or correspondence regarding **additional matters** should be directed to the Defendant directly.

Sincerely,
Shakeatha Davis, Esq.

On Mon, Dec 1, 2025 at 7:55 AM <PatelK@adr.org> wrote:

> Hello,
>
> Please review the attached correspondence regarding the above-referenced case.
>
> Feel free to contact me with any questions, comments or concerns you have related to this matter.
>
> Thank you.