AMERICAN
ARBITRATION
ASSOCIATION®  |  INTERNATIONAL CENTRE
FOR DISPUTE RESOLUTION®

120 Broadway
Floor 21 – Intake
New York, NY 10271
Telephone: (856)435-6401

December 17, 2025

Sean Short, Esq.
Sanford Law Firm, PLLC
10800 Financial Centre Parkway
Suite 510
Little Rock, AR 72211
Via Email to: Sean@sanfordlawfirm.com

Albert T. Van Huff
1225 North Loop West
Suite 640
Houston, TX 77008
Via Email to: al@vanhuff.com

Case Number: 01-25-0009-1040

Andraya Alexander
-vs-
Silver Rain, LLC dba Area 29 Houston


Dear Parties:

We have not yet received payment from the business to cover their portion of the filing fee, as described in our letter dated December 2, 2025. **The business is requested to pay $2100 to the AAA by December 31, 2025.** The company's share of the fee is due regardless of whether the case settles.

If payment was already sent, please accept our apologies and disregard this letter. If this non-payment is simply an oversight on the company's behalf, we trust payment will be made promptly.

We hope that this situation does not escalate to this level, but we want you to be aware that it is the policy of the AAA that if a company does not comply with our request to pay the administrative fees stated in the Employment/Workplace Fee Schedule, the AAA may decline to administer future cases involving that business. In addition, the company may be requested to remove the AAA as the provider organization from their arbitration clauses.

Please note payment should be submitted by credit card or electronic check. A secured paylink will be forthcoming with instructions to submit payment via either method.

If you have any questions, please email the Employment Filing Team at employmentfiling@adr.org and we will be happy to assist you.

Sincerely,

Employment Filing Team
employmentfiling@adr.org
(856) 679-4610