

120 Broadway
Floor 21 – Intake
New York, NY 10271
Telephone: (856)435-6401

December 2, 2025

Sean Short, Esq.
Sanford Law Firm, PLLC
10800 Financial Centre Parkway
Suite 510
Little Rock, AR 72211
Via Email to: Sean@sanfordlawfirm.com

Albert T. Van Huff
1225 North Loop West
Suite 640
Houston, TX 77008
Via Email to: al@vanhuff.com

Case Number: 01-25-0002-9810

Anessa Perry
-vs-
Silver Rain, LLC dba Area 29 Houston

# **ADDITIONAL CASES LISTED BELOW**

Dear Parties:

As of October 1, 2017, the American Arbitration Association ("AAA") applies the Employment/Workplace Fee Schedule to employment disputes as well as any dispute between an individual independent contractor (who has provided services as an individual and is not incorporated) and a business or organization. The outcome of our preliminary administrative review, which is subject to review by the arbitrator, is to apply the Employment/Workplace Arbitration Rules and Mediation Procedures Arbitration Rules and Employment/Workplace Fee Schedule to this dispute. This change is noted in both the Employment/Workplace Arbitration Rules and Mediation Procedures and the Commercial Arbitration Rules, available on the AAA's website, www.adr.org.

Please note that the AAA administers disputes arising out of an Employment/Workplace relationship under the Employment/Workplace Arbitration Rules and Mediation Procedures.

In cases before a single arbitrator, a non-refundable filing fee of $350.00, is due from the individual when a claim is filed, unless the agreement provides that the individual pay less. A non-refundable fee of $2,100.00 is due from the company, unless the agreement provides that the company pay more.

We have received the individual's portion of the filing fee in the amount of $350.00. **Accordingly, we request that the company pay its share of the fee in the amount of  $10,500 ($2,100.00 X 5 cases) on or before December 16, 2025.** Upon receipt of the balance of the filing fee, the AAA will proceed with administration.

Please note payment can be submitted by credit card or electronic check. A secured paylink will be forthcoming with instructions to submit payment via either method.

In the event, a check is the only method that you can provide payment, please make the check payable to the American Arbitration Association and include a reference to the case number. Checks should be mailed to 120 Broadway, Floor 21 – Intake, New York, NY 10271. In the event that payment is being made by a third party, such as an insurance company, please request that payment be sent directly to the business' representative. The business' representative should then forward payment to the AAA in accordance with the foregoing instructions.

The AAA's administrative fees are based on filing and service charges. Arbitrator compensation is not included in this schedule. The AAA may require arbitrator compensation deposits in advance of any hearings. Unless the individual chooses to pay a portion of the arbitrator's compensation, the company shall pay all of the arbitrator's fees and expenses.

Please note: no answering statement or counterclaim is due at this time. The AAA will notify the parties of the response deadlines when all fees have been received.

We would like to remind the business that Under the Costs of Arbitration Section of the Employment/Workplace Group Filing Fee Schedule, the "company's full share is due as soon as the individual meets his or her filing requirements, even if the matter settles or is withdrawn". This notice confirms that individual's filing requirements have been met.

If you have any questions, please email the Employment Filing Team at employmentfiling@adr.org and we will be happy to assist you.

Sincerely,
Employment Filing Team
employmentfiling@adr.org
(856) 679-4610


**ADDITIONAL CASES**

| | |
|---|---|
| 01-25-0002-9811 | Whitney Ezenwa |
| 01-25-0002-9812 | Antonae Prevost |
| 01-25-0002-9813 | Fatinah McIntosh |
| 01-25-0002-9814 | Aforo Okraku |