

120 Broadway  
Floor 21 – Intake  
New York, NY 10271  
Telephone: (856)435-6401

February 5, 2026

Sean Short, Esq.  
Sanford Law Firm, PLLC  
10800 Financial Centre Parkway  
Suite 510  
Little Rock, AR 72211  
Via Email to: Sean@sanfordlawfirm.com

Albert T. Van Huff  
1225 North Loop West  
Suite 640  
Houston, TX 77008  
Via Email to: al@vanhuff.com

Case Number: 01-25-0002-9810 + Additional Cases Listed Below  
Anessa Perry  
-vs-  
Silver Rain, LLC dba Area 29 Houston

Dear Parties:

The Respondent has failed to submit the previously requested filing fee; accordingly, we have administratively closed our file in this matter. Any filing fees received from the Claimant will be refunded under separate cover.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents may be destroyed 18 months after the date of this letter.

Please email employmentfiling@adr.org if you have any questions and we will be happy to assist you.

Sincerely,  
Employment Filing Team  
Employmentfiling@adr.org  
(856) 679-4610

cc:  
Tracy Freeman

Additional Cases:

| 01-25-0002-9811 | Whitney Ezenwa |
|---|---|
| 01-25-0002-9812 | Antonae Prevost |
| 01-25-0002-9813 | Fatinah McIntosh |
| 01-25-0002-9814 | Aforo Okraku |