IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WHITNEY EZENWA, Individually and on Behalf of All Others Similarly Situated** | | **PLAINTIFF** |
| vs. | No. 4:24-cv-2650 | |
| **SILVER RAIN, LLC, d/b/a AREA 29 HOUSTON** | | **DEFENDANT** |

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a tipped Dancer for Silver Rain, LLC, d/b/a Area 29 Houston within the past three (3) years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
**ANDRAYA ALEXANDER**
February 11, 2026

Sean Short, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com