IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**WHITNEY EZENWA, Individually and on**                        **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                No. 4:24-cv-2650

**SILVER RAIN, LLC, d/b/a AREA 29 HOUSTON**                  **DEFENDANT**

### PROPOSED ORDER GRANTING MOTION TO REOPEN CASE, FIND ARBITRATION WAIVER, AND JOIN PLAINTIFF

Before the Court is Plaintiffs' Motion to Reopen Case, Find Arbitration Waiver, and Join Plaintiff. Having considered the Motion, any response thereto, and all applicable law, the Court finds that the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Court's Order of March 18, 2025 (ECF No. 23) compelling arbitration and dismissing this case without prejudice is hereby VACATED pursuant to Federal Rule of Civil Procedure 60(b)(6).

IT IS FURTHER ORDERED that this case is hereby REOPENED.

IT IS FURTHER ORDERED that Defendant has waived its right to compel arbitration and is precluded from enforcing the arbitration terms of the License agreement against Plaintiffs in this matter.

IT IS FURTHER ORDERED that Andraya Alexander is hereby JOINED as a Plaintiff in this action pursuant to Federal Rule of Civil Procedure 20.

**IT IS SO ORDERED.**

SIGNED this _____ day of_____, 2026.

                                                                     _____
                                                                     The Honorable Alfred H. Bennett
                                                                     United States District Judge